# United States Court of Appeals for the Federal Circuit

---

**IN RE: GESTURE TECHNOLOGY PARTNERS, LLC,**

*Appellant*

---

2024-1037

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/014,900.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

    FOR THE COURT

January 27, 2025
Date

    Jarrett B. Perlow
    Clerk of Court